RECEIVED
OCT 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALONZO PUGH<br>DOC #088918 | : | CIVIL ACTION NO. 14-CV-3051<br>SECTION P |
| VERSES | : | JUDGE WALTER |
| SGT. FONTENOT, ET AL | : | MAGISTRATE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #8], and after an independent review of the record and a *de novo* determination of the issues, and having considered the objections filed, [Doc. #9], the court determines that that the magistrate judge's findings are correct under applicable law. Accordingly:

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as his claims are frivolous and fail to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED** on this 23 day of Oct, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE